**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRAIG HOSKING,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | **No. 26-cv-00380** |
| | : | |
| **HERITAGE PROPERTY MANAGEMENT,** | : | |
| **LLC,** | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this **6th** day of **April 2026**, upon consideration of Defendant Heritage Property Management, LLC's Partial Motion to Dismiss Plaintiff's Claim for FMLA Interference (the "Defendant's Motion") (ECF No. 10), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 10) is **DENIED**.

2. Defendant shall file an answer to Plaintiff's Complaint (ECF No. 1) on or before **April 20, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**